**E-FILED**
Monday, 01 August, 2005  11:33:53 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

| | |
|---|---|
| RONALD L. TATRO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.  05-CV-1198 |
| ) | |
| STATE OF ILLINOIS, ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION

BYRON G. CUDMORE, U.S. MAGISTRATE JUDGE:

On September 9, 2004, *pro se* Plaintiff's Complaint was filed in the Central District of Illinois, Springfield Division, under Case #04-CV-3198, and Defendant State of Illinois was served on January 20, 2005.  On March 14, 2005, Defendant State of Illinois filed its Motion to Dismiss Plaintiff's Complaint [6] with an accompanying memorandum of law [7].  The Motion to Dismiss bears a certificate of service to *pro se* Plaintiff of March 14, 2005.  On April 26, 2005, U.S. District Judge Jeanne Scott issued a text order directing *pro se* Plaintiff to file a written response to the Motion to Dismiss on or before May 5, 2005.  No response was filed.  It became necessary for Judge Scott to recuse herself from this case on July 7, 2005. The case was reassigned to U.S. District Judge Joe Billy McDade and

transferred to the Peoria Division.  On July 8, 2005, U.S. Magistrate Judge Byron Cudmore issued a text order again directing *pro se* Plaintiff to file a written response to the Motion to Dismiss on or before July 22, 2005.   As of this date, *pro se* Plaintiff has not responded to Defendant's Motion to Dismiss [6].

Local Rule 7.1(B)(1) directs that a party opposing a motion must file a response to any motion, other than motion for summary judgment, within 14 days of receipt of the motion.   On March 28, 2005, Plaintiff's response time to the Motion to Dismiss lapsed.  The Court, by the April 26, 2005 and July 8, 2005, text orders extended the response time to May 5, 2005 and July 22, 2005, respectively, and advised that if no response was filed, the motion would be allowed.

As of this date, *pro se* Plaintiff has failed to comply with Local Rule 7.1(B)(1).  The Court recommends that Defendant's Motion to Dismiss [6] be ALLOWED.

The parties are advised that any objection to this Report and Recommendation must be filed in writing with the Clerk of the Court within ten working days after being served with a copy of this Report and Recommendation.  See 28 U.S.C. § 636(b)(1).  Failure to file a timely

objection will constitute a waiver of objections on appeal. <u>Video Views, Inc. v. Studio 21, Ltd.</u>, 797 F.2d 538, 539 (7th Cir. 1986). See Local Rule 72.2.

ENTER: August 1, 2005

    FOR THE COURT:    s/ Byron G. Cudmore

                                            _____
                                            BYRON G. CUDMORE
                                            UNITED STATES MAGISTRATE JUDGE