E-FILED
Friday, 26 August, 2005  03:30:21 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

```
RONALD TATRO,                    )
                                 )
        Plaintiff,                )
                                 )
    v.                            )     No. 05-1198
                                 )
STATE OF ILLINOIS,                )
                                 )
        Defendant.                )
```

## **O R D E R**

In September 2004, Ronald Tatro filed a complaint under 42 U.S.C. § 1983 in the Springfield Division of the Central District against the State of Illinois seeking federal-court intervention in some type of state-court criminal prosecution or proceeding. The State filed a motion to dismiss in March 2005 invoking its Eleventh Amendment sovereign immunity from suit in federal court. Tatro has not responded. The case was transferred in July 2005 from Springfield to Peoria, and on August 1, 2005, the magistrate judge recommended that the motion be granted. Tatro has not objected.

A State enjoys Eleventh Amendment sovereign immunity from suit in federal court by private parties unless the State consents to being sued or Congress has abrogated the State's immunity. <u>Kroll v. Bd. of Trustees of Univ. of Ill.</u>, 934 F.2d 904, 907 (7th Cir. 1991). But it does not appear that the State has consented to suit in this case. And Congress did not intend to abrogate sovereign immunity through § 1983. <u>Kroll</u>, 934 F.2d at 909.

IT IS THEREFORE ORDERED that the magistrate judge's report and

recommendation (docket no. 13) is ADOPTED.  The State's motion to dismiss (docket no. 6) is GRANTED.  CASE TERMINATED.

Signed this <u>26th</u> day of August 2005.

<u>/s/ Joe B. McDade</u>
JOE BILLY McDADE
United States District Judge